IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAZ SANCHEZ and ELVIS POSADAS, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>CREEKSTONE FARMS PREMIUM BEEF, LLC,<br><br>   Defendant. | Case No.: 11-4037-EFM-KGG |

### ASHLEY J. SHANEYFELT'S NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Ashley J. Shaneyfelt of the law firm Kutak Rock LLP, who has appeared in this action on behalf of Defendant Creekstone Farms Premium Beef, LLC, hereby withdraws her appearance. Alan L. Rupe of the law firm Kutak Rock LLP will continue his representation of Defendant in this matter.

Dated this 28th day of July, 2011.

                Respectfully submitted,

                By s/ Ashley J. Shaneyfelt
                   Alan L. Rupe    KS #08914
                   Ashley J. Shaneyfelt KS #22641
                   KUTAK ROCK LLP
                   1605 N. Waterfront Pkwy., Suite 150
                   Wichita, Kansas 67206
                   (316) 609-7900 (Telephone)
                   (316) 630-8021 (Facsimile)
                   alan.rupe@kutakrock.com
                   ashley.shaneyfelt@kutakrock.com

                   ATTORNEYS FOR DEFENDANT
                   CREEKSTONE FARMS PREMIUM
                   BEEF LLC

4816-6084-1226.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2011, a true and correct copy of the above and foregoing was filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to the following:

Michael F. Brady
Mark A. Kistler
BRADY & ASSOCIATES
10901 Lowell Ave., Suite 280
Overland Park, Kansas 66210
(913) 696-0925 (Telephone)
(913) 696-0468 (Facsimile)
brady@mbradylaw.com
mkistler@mbradylaw.com

ATTORNEYS FOR PLAINTIFFS

I further certify that notice of filing will be served on Defendant Beachner Grain, Inc. pursuant to D. Kan. Rule 83.5.5 via electronic mail.

                                                    s/ Ashley J. Shaneyfelt
                                                    Ashley J. Shaneyfelt    KS #22641