IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| PAZ SANCHEZ and ELVIS POSADAS, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>CREEKSTONE FARMS PREMIUM BEEF, LLC,<br><br>         Defendant. | Case No.: 11-4037-EFM-KGG |

### ENTRY OF APPEARANCE

COMES NOW S. Douglas Mackay of the law firm Kutak Rock LLP, and enters his appearance on behalf of Defendant Creekstone Farms Premium Beef, LLC in the above-captioned case.

Dated this 7th day of October, 2011.

                Respectfully submitted,

                KUTAK ROCK LLP

                **s/S. Douglas Mackay            10/7/2011**
                S. Douglas Mackay            #16788
                1605 North Waterfront Parkway, Suite 150
                Wichita, KS  67206
                (316) 609-7900 (Telephone)
                (316) 630-8021 (Facsimile)
                doug.mackay@kutakrock.com

                *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2011, a true and correct copy of the above and foregoing **Entry of Appearance** was filed using the Court's CM/ECF System, which will send notice of electronic filing to the following:

Michael F. Brady
Mark A. Kistler
BRADY & ASSOCIATES
10901 Lowell Ave., Suite 280
Overland Park, Kansas 66210
(913) 696-0925 (Telephone)
(913) 696-0468 (Facsimile)
brady@mbradylaw.com
mkistler@mbradylaw.com

ATTORNEYS FOR PLAINTIFFS

<u>s/ S. Douglas Mackay</u>           <u>10/7/2011</u>
S. Douglas Mackay                    #16788